**IN RE: J. CARL LAMBDIN**

30 (2nd) 101                                                      January Term, 1947
April 22, 1947                                                                En Banc

*J. Carl Lambdin,* in pro. per.

*Alfred P. Marshall,* president, for Circuit Court Commission of Pinellas County.

BARNS, J.:

This cause comes on before this Court for consideration upon the petitioner's petition for reinstatement filed in the

Circuit Court and the recommendations of the Circuit Judges after a hearing before them pursuant to Rule C (8), the Rule governing reinstatement; whereupon,

It is ordered and adjudged that same be and it is hereby granted with directions that the Circuit Court Judges shall enter an order of reinstatement of petitioner which said order may be conditioned and qualified as by them recommended so long as such qualifications and conditions shall not exceed those recommended.

TERRELL, BUFORD and ADAMS, JJ., concur.

THOMAS, C. J., and CHAPMAN, J., dissent.

TERRELL, J., concurring:

I agree because I think the effect of the order of reinstatement is to give the petitioner another chance. I think it may be revoked any time he is shown not to be as penitent as he professes to be.